1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    NOE RAMON LOPEZ,                          1:09-cv-1451 SMS  (HC)

12                   Petitioner,
                                                ORDER AUTHORIZING
13           vs.                                IN FORMA PAUPERIS STATUS

14    F. JACQUEZ,

15                   Respondent.
                                           /
16

17          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19    proceed *in forma pauperis*.

20    IT IS SO ORDERED.

21    **Dated:     September 22, 2009**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28